

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00663-CV

**$16,370.00 U.S. CURRENCY**,
Appellant

v.

**STATE** of Texas,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI14611
Honorable Rosie Alvarado, Judge Presiding[1]

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Appellant is unable to afford to pay costs of court. No costs are taxed in this appeal.

SIGNED January 25, 2023

Patricia O. Alvarez, Justice

---

[1] The Honorable Angelica I. Jimenez, Presiding Judge of the 408th Judicial District Court, Bexar County, Texas, signed the default judgment.